# Court of Appeals
# of the State of Georgia

ATLANTA,  January 25, 2019

*The Court of Appeals hereby passes the following order:*

## A19D0278.  IRVING BOWMAN v. IH3 PROPERTY GEORGIA LP.

On December 26, 2018, the Magistrate Court of Henry County issued a default judgment and writ of possession in favor of the plaintiff in this dispossessory action. On January 10, 2019, Irving Bowman filed an application for discretionary appeal in this Court. We lack jurisdiction.

"The only avenue of appeal available from [a] magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Handler v. Hulsey*, 199 Ga. App. 751, 751 (406 SE2d 225) (1991). Thus, this Court may address magistrate court matters only if they already have been reviewed by the state or superior court. See *Westwind Corp. v. Washington Fed. S & L Assn.*, 195 Ga. App. 411, 411 (1) (393 SE2d 479) (1990). Nothing in the application materials shows that the magistrate court's order in this case has been reviewed by a state or superior court.[1]

---

[1] Further, the application was not timely filed. Under OCGA § 44-7-56, appeals in dispossessory actions must be filed within seven days of the date the judgment was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999). Bowman's application, filed 15 days after entry of the magistrate court's judgment, is untimely.

Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  01/25/2019*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

     *Stephen E. Castlen*
              *, Clerk.*